| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwood, Bruce A. | 2. Court or Organization<br><br>United States Bankruptcy Court - District of New Hampshire | 3. Date of Report<br><br>09/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>06/30/2013 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1000 Elm Street<br>Manchester, NH 03101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute (term expired April, 2013) |
| 2. | Shareholder and Officer | Sheehan Phinney Bass + Green PA (employment ended March 10, 2013; stock fully redeemed March 15, 2013) |
| 3. | Participant | Sheehan Phinney Bass + Green PA Profit Sharing Plan and Trust (no control; final cash distribution received in full Mar-Apr 2013) |
| 4. | Trustee | Trust #1 ( ) |
| 5. | Trustee | Trust #2 ( ) |
| 6. | Trustee | Trust #3 ( |
| 7. | Trustee | Trust #4 ( |
| 8. | Trustee | Trust #5 ( ) |
| 9. | Trustee | Trust #6 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/17/97 | Shareholder and Employment Agreement; Sheehan Phinney Bass + Green PA (emplyment terminated March 10, 2013) |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

2. 1/1/75 — Sheehan Phinney Bass + Green PA Profit Sharing Plan and Trust (no control; account fully distributed March-April 2013)

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Sheehan Phinney Bass + Green, PA; Gross Salary | $345,000.00 |
| 2. 2013 | Sheehan Phinney Bass + Green, PA; Gross Salary | $30,000.00 |
| 3. 2011 | Sheehan Phinney Bass + Green, PA; Gross Salary | $310,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | Feb 3-8, 2013 | New York, NY | Phase I Judges Training | Transportation, Lodging, Meals |
| 2. | Federal Judicial Center | Apr 14-17, 2013 | New Orleans, LA | Judges Workshop | Transportation, Lodging, Meals |
| 3. | American Bankruptcy Institute | Apr 17-21, 2013 | Washhington, DC | Annual Spring Meeting (teach)(board of directors meeting) | Transportation, Lodging, Meals |
| 4. | Federal Judicial Center | May 16-18, 2013 | Washington, DC | Educational Seminar (teach) | Transportation |
| 5. | American Bankruptcy Institute | July, 11-14, 2013 | Newport, RI | Educational Seminar (Northeast Conference) (teach) | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common ABT - ABBOT LABORATORIES | B | Dividend | J | T | | | | | |
| 2. Common ABBV - ABBVIE INC COM | A | Dividend | J | T | | | | | |
| 3. Common APD - AIR PROD 7 CHEM INC | A | Dividend | J | T | | | | | |
| 4. Common ACE - ACE LTD | A | Dividend | J | T | | | | | |
| 5. Common AXP - AMERICAN EXPRESS CO | A | Dividend | J | T | | | | | |
| 6. Common AAPL - APPLE INC | D | Dividend | J | T | | | | | |
| 7. Common MO - ALTRIA GROUP INC | B | Dividend | J | T | | | | | |
| 8. Common ADP - AUTOMATIC DATA PROCESSING INC | A | Dividend | J | T | | | | | |
| 9. Common BLK - BLACKROCK INC | A | Dividend | J | T | | | | | |
| 10. Common CMNIX - CALAMOS MARKET NEUTRAL INC I | A | Dividend | K | T | | | | | |
| 11. Common CAT - CATERPILLAR INC | A | Dividend | J | T | | | | | |
| 12. Common CP - CDN PACIFIC RY LTD NEW | A | Dividend | J | T | | | | | |
| 13. Common CVX - CHEVRON CORP | A | Dividend | J | T | | | | | |
| 14. Common EOG - EOG RESOURCES | A | Dividend | J | T | | | | | |
| 15. Common FOXA - TWENTY-FIRST CENTURY FOX | A | Dividend | J | T | | | | | |
| 16. Common CMSA - COMCAST CORP (NEW) CLASS A | A | Dividend | J | T | | | | | |
| 17. Common COP - CONOCO PHILLIPS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Common DEO - DIAGEO PLC SPON ADR NEW | A | Dividend | J | T | | | | | |
| 19. Common EL - ESTEE LAUDER CO INC CL A | A | Dividend | J | T | | | | | |
| 20. Common - XOM EXXON MOBIL CORP | C | Dividend | K | T | | | | | |
| 21. Common BEN - FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 22. Common FCX - FREEPORT MCMORAN CP&GLD | B | Dividend | J | T | | | | | |
| 23. Common GE - GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 24. Common HBC - HSBC HOLDING PLC SPON ADR NEW | A | Dividend | J | T | | | | | |
| 25. Common INTC - INTEL CORP | A | Dividend | J | T | | | | | |
| 26. Common IBM - INTL BUSINESS MACHINES CORP | A | Dividend | J | T | | | | | |
| 27. Common ISRG - INTUITIVE SURGICAL INC | A | Dividend | J | T | | | | | |
| 28. Common KO - COCA COLA CO | A | Dividend | K | T | | | | | |
| 29. Common NVS - NOVARTIS AG | A | Dividend | J | T | | | | | |
| 30. Common IQHX - IQ ALPHA HEDGE STRAT INST | A | Dividend | K | T | | | | | |
| 31. Common TIP - ISHARES BARCLAYS TIPS BD ED | C | Dividend | N | T | | | | | |
| 32. Common SCZ - ISHARES TR MSCI SMALL CAP | A | Dividend | L | T | | | | | |
| 33. Common JNJ - JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 34. Common JPM - JPMORGAN & CHASE CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common KRFT - KRAFT FOODS GROUP INC COM | A | Dividend | J | T | | | | | |
| 36. Common MCD - MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 37. Common MRK - MERCK & CO INC NEW COM | B | Dividend | J | T | | | | | |
| 38. Common MDLZ - MONDELEZ INTL INC COM | A | Dividend | J | T | | | | | |
| 39. Common NSRGY - NESTLE SPON ADR REP REG SHR | A | Dividend | J | T | | | | | |
| 40. Common NWSA - NEWS CORP LTD CL A DEL | A | Dividend | J | T | | | | | |
| 41. Common NVO - NOVO NORDISK A/S ADR | A | Dividend | J | T | | | | | |
| 42. Common OXY - OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | | | | | |
| 43. Common ORCL - ORACLE CORP | A | Dividend | J | T | | | | | |
| 44. Common PEP - PEPSICO INCE NC | A | Dividend | J | T | | | | | |
| 45. Common PM - PHILIP MORRIS INTL INC | B | Dividend | K | T | | | | | |
| 46. Common PSX - PHILLIPS 66 COM | B | Dividend | J | T | | | | | |
| 47. Common PALPX - PIMCO ALL ASSET P | B | Dividend | N | T | | | | | |
| 48. Common PCRPX - PIMCO COMMOD REAL RET STRATP | C | Dividend | L | T | | | | | |
| 49. Common PFBPX - PIMCO FOREIGN BD US $ HEDGETD P | C | Dividend | M | T | | | | | |
| 50. Common PX - PRAXAIR INC | A | Dividend | J | T | | | | | |
| 51. Common PG - PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Common QCOM - QUALCOMM INC | A | Dividend | J | T | | | | | |
| 53. Common IPPXX - INVESCO PREMIER INST | C | Dividend | K | T | | | | | |
| 54. Common RHHBY - ROCHE HOLDINGS ADR | A | Dividend | J | T | | | | | |
| 55. Common RDS'A - ROYAL DUTCH SHELL PLC | A | Dividend | J | T | | | | | |
| 56. Common SBMRY - SABMILLER PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 57. Common RWX - SPDR DJ WILSHIRE INTL REAL EST | A | Dividend | J | T | | | | | |
| 58. Common TFI - SPDR NUVEEN BARCLAYS CAPITAL M | D | Int./Div. | M | T | | | | | |
| 59. Common TGT - TARGET CORP | A | Dividend | J | T | | | | | |
| 60. Common TXN - TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 61. Common TWC - TIME WARNER CABLE INC NEW | A | Dividend | J | T | | | | | |
| 62. Common TOT - TOTAL S A SPON ADR | B | Dividend | J | T | | | | | |
| 63. Common UTX - UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 64. Common VWO - VANGUARD FTSE EMERGING MARKETS E | A | Dividend | M | T | | | | | |
| 65. Common VUG - VANGUARD GROWTH ETF | D | Dividend | M | T | | | | | |
| 66. Common VEA - VANGUARD MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 67. Common VNQ - VANGUARD REIT ETF | B | Dividend | L | T | | | | | |
| 68. Common BSV - VANGUARD SHORT TERM BND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Common VBK - VANGUARD SM CAP GROWTH ETF | B | Dividend | L | T | | | | | |
| 70. Common VBR - VANGUARD SM VALUE ETF | A | Dividend | L | T | | | | | |
| 71. Common BND - VANGUARD TOTAL BOND MARKET | E | Dividend | L | T | | | | | |
| 72. Common VTV - VANGUARD VALUE ETF INDEX | C | Dividend | M | T | | | | | |
| 73. Common WMT - WAL MART STORES | B | Dividend | J | T | | | | | |
| 74. Common WAG - WALGREEN CO | C | Dividend | J | T | | | | | |
| 75. Common DIS - WALT DISNEY HOLDING CO | A | Dividend | J | T | | | | | |
| 76. Common XLNX - XILINX INC | A | Dividend | J | T | | | | | |
| 77. Common WFC - WELLS FARGO & CO NEW | A | Dividend | J | T | | | | | |
| 78. Common APA - APACHE CORP (no longer held) | C | Dividend | | | | | | | |
| 79. Common ARCO - ARCO DORADOS HLDGS INC (no longer held) | A | Dividend | | | | | | | |
| 80. Common BDX - BECTON DICKINSON & CO (no longer held) | B | Dividend | | | | | | | |
| 81. Common DMXX - DREFUS MMKT INSTRUMENTS | A | Dividend | J | T | | | | | |
| 82. Common GD - GENL DYNAMICS CORP (no longer held) | C | Dividend | | | | | | | |
| 83. Common PEIXX - INVESCO PREMIER TX EXEMPT INST | A | Dividend | J | T | | | | | |
| 84. Common KFT - KRAFT FOODS INC (no longer held) | A | Dividend | | | | | | | |
| 85. Common MHP - MCGRAW HILL COS INC (no longer held) | C | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Common MDT - MEDTRONIC (no longer held) | B | Dividend | | | | | | | |
| 87. Common ILAF - MS LIQUID ASSET FUND (no longer held) | A | Dividend | | | | | | | |
| 88. Common RIO - RIO TINTO PLC SPON ADR (no longer held) | B | Dividend | | | | | | | |
| 89. Common CITINIA - CITIBANK N.A. | A | Dividend | J | T | | | | | |
| 90. Common GJRTX - GOLDMAN SACHS ABSLT RET TRCK (no longer held) | D | Dividend | | | | | | | |
| 91. Common GMCR - GREEN MOUNTAIN COFFEE INC (no longer held) | B | Dividend | | | | | | | |
| 92. Common GAFYX - NATIXIS ASG GLOBAL ALTERNAT (no longer held) | D | Dividend | | | | | | | |
| 93. Common PRINCIPAL FINANCIAL GROUP INC | A | Dividend | J | T | | | | | |
| 94. Common BENGUET CORP | | None | J | T | | | | | |
| 95. Common ENERGIZER HOLDINGS INC (Custodian) | A | Dividend | J | T | | | | | |
| 96. Common BOEING COMPANY (Custodian) | | None | J | T | | | | | |
| 97. Trust #1 (H) | | | | | | | | | |
| 98. - CITIZENS BANK - bank accunt | A | Interest | J | T | | | | | |
| 99. - TD BANK - bank account | A | Interest | K | T | | | | | |
| 100. - HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |
| 101. Trust #2 (H) | | | | | | | | | |
| 102. - TD BANK - bank account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |
| 104. Trust #3 (H) | | | | | | | | | |
| 105. - CITIZENS BANK - bank account | A | Interest | K | T | | | | | |
| 106. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 107. Trust #4 (H) | | | | | | | | | |
| 108. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 109. Trust #5 (H) | | | | | | | | | |
| 110. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 111. Trust # 6 (H) | | | | | | | | | |
| 112. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 09/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce A. Harwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544